State v. Davis

STATE OF NORTH CAROLINA v. LAWRENCE E. DAVIS

No. 753SC610

(Filed 5 November 1975)

**Narcotics § 4.5— possession of amphetamines — instructions on possession proper**

The trial court in a prosecution for possession of amphetamines properly instructed the jury on the law of possession arising from the evidence.

ON *certiorari* to review proceedings before *Fountain, Judge.* Judgment entered 3 June 1974 in Superior Court, CRAVEN County. Heard in the Court of Appeals 24 October 1975.

Defendant was found guilty of possession of less than 100 tablets of amphetamine and judgment imposing a sentence of imprisonment was entered.

*Attorney General Edmisten, by Special Deputy Attorney General John R. B. Matthis, for the State.*

*Reginald L. Frazier, for defendant appellant.*

VAUGHN, Judge.

The tablets were found in the pocket of a coat defendant was wearing at the time of his arrest. In support of his only assignment of error he contends that the judge did not properly instruct the jury on "the law of possession arising from the evidence." The argument is groundless. Among other instructions the judge advised the jury:

"If the defendant had any amphetamine tablets in his pocket with his knowledge and consent that would constitute possession. If he had any in his pocket without his knowledge and consent, it would not constitute possession. So, it is a question of fact for you to determine."

We find no prejudicial error in defendant's trial.

No error.

Judges BRITT and ARNOLD concur.